Barbara A. MARSALLA, Respondent,

v.

Frank A. MARSALLA, Appellant.

No. WD 34500.

Missouri Court of Appeals, Western District.

Sept. 11, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 30, 1984.

Mario Mandina, Kansas City, for respondent, Barbara A. Marsalla.

Bruce W. Simon, Kansas City, for intervenor, Peter Marsalla.

Arthur A. Benson, II, Kansas City, for appellant, Frank A. Marsalla.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

The husband appeals from a decree of dissolution. He alleges error in the award of maintenance, division of marital property and award of attorney fees.

Judgment affirmed. Rule 84.16(b).